# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1194**  **September Term, 2024**

**EPA-88FR46795**

**Filed On:** December 23, 2024

Calumet Montana Refining, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 23-1210, 23-1250,
23-1251, 23-1252, 23-1253, 23-1254,
23-1255, 23-1256, 23-1257, 23-1258,
23-1266

**BEFORE:**  Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for voluntary remand; and the motion for leave to intervene, the response thereto, and the reply, it is

**ORDERED**, on the court's own motion, that Nos. 23-1210, 23-1251, 23-1253, 23-1256, and 23-1258 be severed from No. 23-1194, et al., and that those severed cases be consolidated under No. 23-1210.  It is

**FURTHER ORDERED** that No. 23-1210, et al., continue to be held in abeyance pending further order of the court.  The parties in those cases are directed to file motions to govern future proceedings within 30 days of the U.S. Supreme Court's disposition of <u>EPA v. Calumet Shreveport Refining, L.L.C., et al.</u>, No. 23-1229.  It is

**FURTHER ORDERED** that the adjudications challenged in No. 23-1194 and the cases that remain consolidated therewith (Nos. 23-1250, 23-1252, 23-1254, 23-1255,

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1194**                                                        **September Term, 2024**

23-1257, and 23-1266) be vacated and remanded to the U.S. Environmental Protection Agency for further consideration. It is

       **FURTHER ORDERED** that the motion for leave to intervene be dismissed as moot in No. 23-1194, et al., and that consideration of the motion in No. 23-1210, et al., be deferred pending further order of the court.

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate in No. 23-1194, et al., until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**