# United States Court of Appeals
### For The District of Columbia Circuit

_____

No. 23-1210　　　　　　　　　　　　　　September Term, 2025

EPA-88FR46795

Filed On: January 16, 2026

Wynnewood Refining Company, LLC,

　　　　Petitioner

　　v.

Environmental Protection Agency,

　　　　Respondent

-----------------------------

Consolidated with 23-1251, 23-1253, 23-1256, 23-1258

## O R D E R

　　Upon consideration of petitioners' unopposed motion to voluntarily dismiss petitions for review, it is

　　**ORDERED** that the motion be granted and these consolidated petitions be dismissed.

　　The Clerk is directed to issue the mandate forthwith to the agency.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　Deputy Clerk